HOWE & HUMMELL *v.* WOOLSEY.

APPEAL from judgment entered on verdict in favor of plaintiffs.

*David May,* for plaintiffs (respondents).

*Wells & Waldo,* for defendant (appellant).

NEWBURGER, J.   This action was brought to recover for the value of legal services rendered, and resulted in a verdict for plaintiffs.   This case was properly submitted to the jury. The exceptions taken are without merit.

The judgment must, therefore, be affirmed, with costs.

EHRLICH, Ch. J., and MCCARTHY, J., concur.
Judgment affirmed, with costs.